# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

|  |  |
|---|---|
| HEATING, AIR-CONDITIONING & REFRIGERATION DISTRIBUTORS INTERNATIONAL, <br><br> PLUMBING-HEATING-COOLING CONTRACTORS—NATIONAL ASSOCIATION, <br><br> and <br><br> AIR CONDITIONING CONTRACTORS OF AMERICA ASSOCIATION, INC., <br><br><br> *Petitioners*, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE M. ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> *Respondents*. | No. 26-1168 (consolidated with Nos. 26-1174, 26-1188, 26-1193, 26-1202) |

## NON-BINDING STATEMENT OF ISSUES

Pursuant to the Court's June 25, 2026 Order, Petitioners Heating, Air-Conditioning & Refrigeration Distributors International (HARDI), Plumbing-Heating-Cooling Contractors—National Association (PHCC), and Air

Conditioning Contractors of America Association, Inc. (ACCA), hereby submit the following non-binding statement of issues to be raised:

1. Whether Respondent Environmental Protection Agency (EPA) acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating the portions of the Final Rule entitled Phasedown of Hydrofluorocarbons: Reconsideration of Certain Regulatory Requirements Promulgated Under the Technology Transitions Provisions of the American Innovation and Manufacturing Act of 2020, 91 Fed. Reg. 31,284 (May 26, 2026), that amended 40 C.F.R. § 84.54(c)(9), addressing cold storage warehouse systems;

2. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating the portions of the Final Rule that amended 40 C.F.R. § 84.54(c)(11), addressing remote condensing units in retail food refrigeration systems; and

3. Whether EPA acted arbitrarily, capriciously, or in a manner otherwise contrary to law when promulgating the portions of the Final Rule that amended 40 C.F.R. § 84.54(c)(12), addressing supermarket systems.

Petitioners HARDI, PHCC, and ACCA reserve the right to modify the list of issues addressed, as well as to address these and other issues in more detail in future filings.

Dated: July 27, 2026

Respectfully submitted,

*/s/ Elisabeth S. Theodore*
Jonathan S. Martel
Elisabeth S. Theodore
Samuel I. Ferenc
Charles R. Birkel
ARNOLD & PORTER KAYE
SCHOLER LLP
601 Massachusetts Ave., NW
Washington, D.C.  20001
Tel: (202) 942-5000
Fax: (202) 942-5999
elisabeth.theodore@arnoldporter.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2026, I electronically filed the foregoing

through the CM/ECF system, which will send a notice of filing to all registered

CM/ECF users.

Dated:  July 27, 2026

*/s/ Elisabeth S. Theodore*
Elisabeth S. Theodore